IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02390-BNB

ERNEST SALAZAR,

    Applicant,

v.

H. A. RIOS, JR., Warden,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 23 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Ernest Salazar, is a prisoner in the custody of the United States Bureau of Prisons, who currently is incarcerated at the United States Penitentiary in Florence, Colorado. Mr. Salazar, acting *pro se*, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Court must construe the Application liberally because Mr. Salazar is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act as a *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Salazar will be ordered to file an Amended Application.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Salazar go beyond notice pleading. See *Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). Naked allegations of constitutional violations devoid of factual support are not cognizable in a federal habeas action. See *Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Mr. Salazar must allege **on**

**the Court-approved form** used in filing § 2241 applications both the claims he seeks to raise and the specific facts that support each asserted claim.

The Court has reviewed the Application submitted on November 5, 2010, and finds that it is deficient. Mr. Salazar fails to assert on Pages Three and Four of the form a statement of the claims he intends to raise in this Court. Incorrectly, Mr. Salazar has asserted the relief he desires and not the rights he claims were violated. Mr. Salazar also does not state on the Court-approved form the facts supporting his claims. He refers the Court to the Petition he attached to the November 5 Application, which is the same Petition he filed on September 30, 2010, that was found by Magistrate Judge Boyd N. Boland to be deficient.

Although Mr. Salazar, when necessary, may use additional pages to assert additional claims or facts in support of his claims, Mr. Salazar is required to use the Court-approved form to state his claims. He may not refer the Court to attached documents to review and determine what claims and specific facts he intends to raise in the instant action. Therefore, Mr. Salazar will be ordered to file an Amended Application in which he identifies, **on the Court-approved form**, the specific claims for relief that he is asserting, and in which he provides specific facts that support each asserted claim. Accordingly, it is

ORDERED that Mr. Salazar file **within thirty days from the date of this Order** an Amended Application that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Salazar, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Salazar fails within the time allowed to file an Amended Application, as directed above, the action shall be dismissed without further notice.

DATED at Denver, Colorado, this 23rd day of November, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02390-BNB

Ernest Salazar
Reg No. 55658-179
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 11/23/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk